Submitted on the record June 10, judgment of the Tax Court affirmed July 22, 2004

Paul E. NAU, Jr.,
*Appellant,*

*v.*

DEPARTMENT OF REVENUE,
*Respondent,*

*and*

CLACKAMAS COUNTY,
a political subdivision of the
State of Oregon,
*Intervenor-Respondent.*

(TC 4619; SC S50859)

94 P3d 118

Henry C. Breithaupt, Judge.

Paul E. Nau, Jr., filed the briefs for himself.

No appearance by Department of Revenue.

Susie L. Huva, Assistant Clackamas County Counsel, Oregon City, filed the brief for intervenor-respondent.

PER CURIAM

**PER CURIAM**

Taxpayer appeals from a judgment of the Tax Court, dismissing as untimely his complaint challenging Clackamas County's assessment of his property for the 1997-1998 tax year. We have considered each argument that taxpayer has advanced in support of his appeal and conclude that none of those arguments is well taken. The Tax Court correctly determined that taxpayer's action was untimely. An extended discussion of the basis for that conclusion would not benefit the public, bench, or bar.

The judgment of the Tax Court is affirmed.